IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STACEY McDAVID,

    Petitioner,

v.                                                                                                  4:16cv30–WS/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed May 18, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 16) is hereby

ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

    3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

    4. A certificate of appealability is DENIED.

DONE AND ORDERED this   27th   day of   June  , 2017.

                      s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE